IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.  No. 4:11CR00070 JLH

DAVID MASON

## FINAL ORDER OF FORFEITURE

On May 10, 2013, the Court entered a Preliminary Order of Forfeiture ordering David Mason to forfeit his interest in One HP Pavilion Computer (304W) with keyboard, Serial Number KR25207690 (collectively "forfeited property"). (Dkt. 25). The Order provided that it would become final as to David Mason at the time of sentencing and would become a final order of forfeiture if no third party filed a timely claim to the forfeited property. The Court has sentenced David Mason, and no one has filed a claim to the forfeited property. The preliminary order of forfeiture, therefore, ripens into a final order of forfeiture. The United States now has all right, title, and interest in the forfeited property. Any prior claims in and against the forfeited property are extinguished and declared void. The property shall be turned over to the United States Marshals Service and disposed of according to law.

So Ordered this 25th day of October, 2013.

_____
HONORABLE J. LEON HOMES
United States District Judge